JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
~IRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 7·23·12

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 2 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MARCO DAVIDSON,

　　　　　　　　Petitioner,

　　　　vs.

KEVIN R. CHAPPELL, Warden,

　　　　　　　　Respondent.

) Case No. CV 12-4862-JST (JPR)
)
)
)　　　　**J U D G M E N T**
)
)
)
)
)
)
)

Pursuant to the Order Denying Petition and Dismissing
Action,

　　IT IS HEREBY ADJUDGED that this action is dismissed with
prejudice.

DATED: 7·22·12

JOSEPHINE STATON TUCKER
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 2 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY