I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Pet. Francr (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7.23.12

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 2 3 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO DAVIDSON,<br><br>    Petitioner,<br><br>vs.<br><br>KEVIN R. CHAPPELL, Warden,<br><br>    Respondent. | Case No. CV 12-4862-JST (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Denying Petition and Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 7.22.12

JOSEPHINE STATON TUCKER
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 2 3 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY